UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:16-0050-01 |
| VS. | * | JUDGE MINALDI |
| ADAM SHILOW (01) | * | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, Adam Shilow, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings. **IT IS THEREFORE ORDERED** that Adam Shilow is finally adjudged guilty of the offense charged in Count One of the Bill of Information.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this ___ day of _____, 2016.

PATRICIA MINALDI
**UNITED STATES DISTRICT JUDGE**